# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

BORIS MIRONOV, etc., *et al.*,

    Plaintiff,

vs.

MARSHAL B. JOHNSON, P#225, *et al.*,

    Defendant.

2:08-cv-0840-KJD-RJJ

**ORDER**

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on October 20, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  7th  day of September, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge